UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:

   Orrin S. Anderson, aka Orinn Anderson,
aka Orinn Scott Anderson

                   Debtor.

Chapter 7

Case No. 14-22147 (rdd)
Hon. Robert D. Drain

-----------------------------------------------------X

In re:

   Orrin S. Anderson, aka Orinn Anderson,
aka Orinn Scott Anderson,

       Debtor and Plaintiff
       on behalf of himself
       and all others similarly
       situated,

v.

CREDIT ONE BANK, N.A. AND
CREDIT ONE FINANCIAL,

       Defendants.

Adv. Case No. 15-08214 (rdd)
Hon. Robert D. Drain

-----------------------------------------------------X

## NOTICE OF APPEAL

Defendant, Credit One Bank, N.A., pursuant to 28 U.S.C. § 158(a), 9 U.S.C. § 16, and Fed.R.Bankr. P. 8003(a)(1), and 8004(a), hereby appeals from the Order of the Honorable Robert D. Drain United States Bankruptcy Judge, announced on May 5, 2015, denying Credit One Bank, N.A.'s motion to Compel Arbitration, to Strike Class Allegations, to Dismiss Or Stay, and entered on May 14, 2015 to the United States District Court for the Southern District of New York (Doc. No. 15). A copy of the Order appealed is attached hereto as Exhibit A. A transcript of the Court's ruling from the bench is attached hereto as Exhibit B.

The parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys are:

| | |
|---|---|
| Orin S. Anderson, aka Orinn Anderson, aka Orinn Scott Anderson c/o<br>George Carpinello<br>Adam R Shaw<br>Boies, Schiller & Flexner, LLP<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>(518) 434-0600<br>Fax : (518) 434-0665<br>Email: gcarpinello@bsfllp.com<br>Email: ashaw@bsfllp.com | Credit One Bank, N.A. c/o<br>Michael D. Slodov<br>Sessions Fishman Nathan & Israel LLC<br>15 E. Summit St<br>Chagrin Falls, OH 44022<br>440-318-1073<br>Fax : 216-359-0049<br>Email: mslodov@sessions-law.biz<br>Attorneys for Defendant |
| Charles W. Juntikka<br>Charles Juntikka & Associates LLP<br>30 Vesey Street, Suite 100<br>New York, New York 10007<br>(212) 315-3755<br>Fax : (212) 315-9032<br>Email: charles@cjalaw.com<br>Attorneys for Plaintiff | |

Date: May 21, 2015

                                              Respectfully submitted,

                                              /s/ Michael D. Slodov
                                              Sessions, Fishman, Nathan & Israel, LLC
                                              15 E. Summit Street
                                              Chagrin Falls, OH 44022-2709
                                              (440) 318-1073
                                              (fax) (216) 359-0049
                                              (email) mslodov@sessions-law.biz


                                              Aaron R. Easley, Esq. (ae9922)
                                              SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                              3 Cross Creek Drive
                                              Flemington, NJ  08822
                                              Telephone: (908) 237-1660
                                              Facsimile: (908) 237-1663
                                              Email: aeasley@sessions-law.biz
                                              *Attorneys for Defendant,*
                                              *Credit One Bank N.A.*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2015, I caused the foregoing document(s) (<u>Credit One Bank, N.A.'s notice of appeal</u>) to be filed electronically with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Charles W. Juntikka
Charles Juntikka & Assoc., LLP
30 Vesey Street, Suite 100
New York, New York 10007

George F. Carpinello
Adam R. Shaw
Boies, Schiller & Flexner LLP
30 South Pearl Street
Albany, NY 12207


Date: May 21, 2015

                <u>/s/ Michael D. Slodov</u>