# EXHIBIT 1

Michael

## Google Flights

Round trip | One way | Multi-city                         Economy | 1 adult

| CLE Cleveland | HPN Westchester County |
| Tue, June 23 | Wed, June 24 |



Expand map »

### Outbound flight

| Tue, Jun 23 | **6:05 pm – 7:26 pm** | **1h 21m** |
| | Cleveland (CLE) – Philadelphia (PHL) | No Wi-Fi |
| | US Airways 5049 · Economy class · Canadair RJ 900 | No in-seat power |
| | Operated by US Airways Express-PSA Airlines | |
| | Average legroom (31") | |

| | Layover in Philadelphia PHL | 1h 28m |

| | **8:54 pm – 9:59 pm** | **1h 05m** |
| | Philadelphia (PHL) – Westchester County (HPN) | No Wi-Fi |
| | US Airways 3779 · Economy class · Canadair Reg. Jet | No in-seat power |
| | Operated by US Airways Express-Air Wisconsin | |
| | Average legroom (31") | |

**Westchester County hotels** — Sponsored
Limited Offers
Check-in: Jun 23 - Check-out: Jun 24 · 1 night

Comfort Inn & Suites    $161   $136
4.0    (7) · 2-star hotel
**Save 16%** - Book with ComfortInn.com

### Return flight

| Wed, Jun 24 | **1:47 pm – 2:55 pm** | **1h 08m** |
| | Westchester County (HPN) – Philadelphia (PHL) | No Wi-Fi |
| | US Airways 4880 · Economy class · De Havilland-Bombardier Dash-8 | No in-seat power |
| | Operated by US Airways Express-Piedmont Airlines | |
| | Average legroom (31") | |
| | Propeller plane | |

| | Layover in Philadelphia PHL | 40m |

| | **3:35 pm – 5:02 pm** | **1h 27m** |
| | Philadelphia (PHL) – Cleveland (CLE) | No Wi-Fi |
| | US Airways 5361 · Economy class · Canadair RJ 900 | No in-seat power |
| | Operated by US Airways Express-PSA Airlines | |
| | Average legroom (31") | |

### Book, save or share this flight   Ads
Total incl taxes & fees for 1 adult · Additional bag fees may apply.

| Book with **US Airways** | **$587** |
| US 5049, US 3779, US 4880, US 5361 | |

| Book with **American** | **$587** |
| Marketed as US 5049, US 3779, AA 4880, AA 5361 | |

**Save this itinerary**    Save
Save this itinerary to track its price and get alerts on Google Now. Learn more

**Share this itinerary**   Share

Privacy & Terms   About Flights